| AO-10<br>Rev. 1/89 | FINANCIAL DISCLOSURE REPORT | Annual Report Due by May 15 from Judicial Officers and<br>certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial)<br><br>Albritton, William H., III | Court or Organization<br><br>United States District Court<br>Middle District of Alabama | Date of Report<br><br>March 11 ,19: |
|---|---|---|
| Title<br><br>District Judge | Date of Entry/Nomination/Termination<br>(only if initial or final report)<br><br>March 11, 1991 | Reporting Period<br>(Calendar year, or<br>inclusive dates)<br><br>January 1, 199<br>February 28, 199 |
| Home or office address<br><br>Post Office Drawer 880<br>Andalusia, AL  36420 | | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Albrittons, Givhan & Clifton |
| Partner | Albritton Real Estate |
| Director | First Alabama Bank, Covington/Conecuh |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| January 1, 1986 | Partnership Agreement among partners of law firm of Albrittons, Givhan & Clifton. Annual profits are divided on a formula basis. Each partner's distributive share is determined on the basis of 10% basic draw, 10% |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Albrittons, Givhan & Clifton—distributive share of | $ 132,137 |
| | partnership earnings | $ |
| | First Alabama Bank—directors fees | $ 4,719 |
| | | $ |
| | | $ |

Digitized by Google

275

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H., III | March 11, 199 |

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food, entertainme
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| NONE (No reportable liabilities) | | |
| First Alabama Services | Mortgage on townhome | M |
| First Alabama Bank | 1/5 mortgage on office building | M |

VALUE CODES: J=$20 to $1,000  K=$1,001 to $2,500  L=$5,001 to $15,000  M=$15,001 to $50,000
N=$50,001 to $100,000  O=$100,001 to $250,000  P=over $250,000

Digitized by Google

274

AO-10
Rev. 1/89

# FINANCIAL DISCLOSURE REPORT

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Albritton, William H., III | United States District Court Middle District of Alabama | March 11 ,19: |
| Title District Judge | Date of Entry/Nomination/Termination (only if initial or final report) March 11, 1991 | Reporting Period (Calendar year, or inclusive dates) |
| Home or office address Post Office Drawer 880 Andalusia, AL 36420 | | January 1, 199 February 28, 199 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Partner | Albrittons, Givhan & Clifton |
| Partner | Albritton Real Estate |
| Director | First Alabama Bank, Covington/Conecuh |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

January 1, 1986 — Partnership Agreement among partners of law firm of Albrittons, Givhan & Clifton. Annual profits are divided on a formula basis. Each partner's distributive share is determined on the basis of 10% basic draw, 10%

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |
☐ NONE (No reportable non-investment income)

| | Albrittons, Givhan & Clifton—distributive share of | $ 132,137 |
| | partnership earnings | $ |
| | First Alabama Bank—directors fees | $ 4,719 |
| | | $ |
| | | $ |


Digitized by Google

275

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H., III | March 11, 199 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainme

(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| NONE (No reportable liabilities) | | |
| First Alabama Services | Mortgage on townhome | M |
| First Alabama Bank | 1/5 mortgage on office building | M |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $0 to $1,000 ... M = $15,001 to $50,000


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Albritton, William H., III | March 11, 1991 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse, partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sell) | Date Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1% interest in office building— 1st St Ave., Andalusia, AL, owned by Albritton Real Estate | D | Rent | N | W | | | | | | |
| Barrone—#8, Marina Cove Village Bluewater Bay, Niceville, Fl—J | E | Rent | N | R | | | | | | |
| First Alabama Bank, Covington County—Money Market Account—J | B | Interest | L | T | | | | | | |
| First Alabama Bank—Common stock | C | Dividends | M | T | | | | | | |
| Northwestern National Life— Common stock | B | Dividends | K | T | | | | | | |
| IN. Cable Co. of Andalusia— Common stock | A | Dividends | J | K | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Income Gain Codes: A = amount $1 or $200  B = $201 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000  E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = more than $100,000

Value Codes: J = amount $1 to $15,000  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000  N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = more than $1,000,000

Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessment value  T = Cash/market  U = Book value  V = Other  W = Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H., III | March 11, 1991 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

VII (2)—Townhome.  Date of purchase—11/16/84.  Cost $86,000.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _William Harold Albritton, III_          Date _March 12, 1991_

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.  Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                            Administrative Office of the
                                                            United States Courts
                                                            Washington, DC 20544

2.  Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

Albritton, William H., III                    March 11, 1991

I.   Positions (continued)

        Position                            Name
     Director and Secretary    T.V. Cable Co. of Andalusia, Inc.
     President                 Alabama State Bar
     President                 Alabama Law School Foundation
     Co-Trustee                Robert B. Albritton Trust
     Escrow Committee          The Commercial Bank Stockholders

II.  Agreements (continued)

                         longevity, and 80% ratio individual's
                         production for 3 years bears to total
                         firm production for 3 years.  Under
                         the agreement my distributive share
                         will be determined at the end of the
                         calendar year and payable within 120
                         days.  After this calendar year any
                         income received by the firm attributable
                         to my work is to be distributed to me
                         less an amount equal to the percentage
                         of firm overhead for this year.  The
                         only such future income expected is
                         one fee which is being paid over a
                         period of years from which I will
                         receive approximately $300 per month
                         until 2003.  When I leave the firm I will
                         be entitled to payment of a capital account
                         fixed at $12,000, payable after the
                         end of the year.

     January 1, 1976     Albritton Real Estate has no written
                         partnership agreement.  Its assets
                         consist solely of a jointly owned
                         office building and parking lot which
                         is rented to Albrittons, Givhan &
                         Clifton, my law firm.  The building
                         has no other tenant.  Joint owners
                         divide the rental income annually in
                         proportion to their ownership interests.
                         I own a 1/5 interest.  Other joint
                         owners are John B. Givhan (a law
                         partner of mine), Ophelia Albritton
                         (widow of a deceased law partner),
                         and the Robert B. Albritton Trust (my
                         mother is the sole beneficiary).

     January 1, 1984     Interest in the American Bar Association
                         Members Master Keogh Profit Sharing
                         Plan set up through my law firm.  This
                         is a separate account which will be
                         vested when I leave the firm and the
                         firm will have no connection with it
                         thereafter.

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

William Harold Albritton, III and Jane H. Albritton

February 28, 1991

Provide a complete, current financial net worth statement which itemizes in detail all assets (including b. accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including deł mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 11 | 568 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | 836 | 0 |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 32 | 582 | 00 | Notes payable to others | | | |
| Unlisted securities—add schedule | | 900 | 00 | Accounts and bills due | 2 | 000 | 0 |
| Accounts and notes receivable: | | | | Unpaid income tax | 8 | 985 | 0 |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | 128 | 790 | 0 |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 410 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 100 | 000 | 00 | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| Sailboat | 15 | 000 | 00 | | | | |
| Retirement funds | 142 | 455 | 00 | | | | |
| Capital account in law firm | 12 | 000 | 00 | Total liabilities | 140 | 611 | 0 |
| | | | | Net worth | 583 | 894 | 0 |
| Total assets | 724 | 505 | 00 | Total liabilities and net worth | 724 | 505 | 0 |

| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | | | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |


Digitized by Google